IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| SOPHIA K. NGUYEN and BENJAMIN D. LE, | ) ) ) | |
| Plaintiffs, | ) ) | TC-MD 110852D |
| v. | ) ) | |
| MULTNOMAH COUNTY ASSESSOR, | ) ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on Defendant's Motion to Dismiss, filed February 21, 2012, requesting that the Complaint be dismissed.

In its Order, filed January 31, 2012, the court stated Plaintiff was to permit Defendant to inspect the subject property identified as Account R517236 no later than February 17, 2012, or provide a written explanation to the court and Defendant explaining why the ordered inspection cannot occur by the ordered date.

In its letter dated February 21, 2012, Defendant's Assistant County Attorney, Lindsay Kandra (Kandra), wrote that the inspection "deadline has passed, and neither Plaintiff nor Plaintiff's representative, Scott Phinney, has contacted the Defendant to schedule the court-ordered inspection." Kandra requested "that the court dismiss this case due to Plaintiff's failure to comply with the Order Granting Discovery."

As of this date, Plaintiff has not communicated with the court, explaining why the ordered inspection did not occur by February 17, 2012. Because Plaintiff failed to comply with the court's Order, Defendant's request to dismiss is granted. Now, therefore,

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ___ day of February 2012.


_____
JILL A. TANNER
PRESIDING MAGISTRATE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on February 29, 2012. The Court filed and entered this document on February 29, 2012.*